# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION
### AT DAYTON

|  |  |  |
|---|---|---|
| **IN RE BEHR DAYTON THERMAL PRODUCTS, LLC** | ) ) ) ) | **Case No. 3:08-cv-0326** |

## ORDER

**AND NOW,** on this 14th day of May, 2012, and upon consideration of the parties' Joint Motion to Adopt Discovery Protocol, it is **HEREBY ORDERED** that the parties' proposed discovery protocol, attached to their joint motion as Exhibit A, is adopted as an order of this Court.

5-14-12
DATE

Honorable Walter Herbert Rice
UNITED STATES DISTRICT JUDGE