# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **IN RE: BEHR DAYTON** | : | Case No. 3:08-cv-326 |
| **THERMAL PRODUCTS, LLC** | : | |
| | : | **District Judge Walter H. Rice** |
| | : | **Magistrate Judge Michael J. Newman** |

## AMENDED ORDER SETTING CONFERENCE CALL

On **FRIDAY, SEPTEMBER 14, 2012 at 10:30 a.m.,** the Court will hold conference call to discuss Plaintiffs' Motion to Establish a Document Production and Preservation Protocol for Class Certification Discovery (doc. 139).

**The call-in number for the telephone conference is 1-877-336-1839.** Parties shall follow the instructions on the automated system. The Access Code is 2725365, and the Participant Security Code is 308326. Parties shall contact the undersigned's courtroom deputy via email at newman_chambers@ohsd.uscourts.gov 24-hours prior to the telephone conference if they will be participating in the telephone conference.

**IT IS SO ORDERED.**

September 11, 2012                                             **s/Michael J. Newman**
                                                                United States Magistrate Judge