IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **IN RE: BEHR DAYTON** | : | Case No. 3:08-cv-326 |
| **THERMAL PRODUCTS, LLC** | : | |
| | : | **District Judge Walter H. Rice** |
| | : | **Magistrate Judge Michael J. Newman** |

### SECOND AMENDED ORDER SETTING CONFERENCE CALL

Having been advised of a scheduling conflict involving multiple parties and an upcoming religious holiday, the Court hereby **VACATES** the previous conference call scheduling Order entered on September 11, 2012 (doc. 146).

The Court will hold conference call to discuss Plaintiffs' Motion to Establish a Document Production and Preservation Protocol for Class Certification Discovery (doc. 139) on **THURSDAY, SEPTEMBER 27, 2012 AT 2:00 p.m.**

The call-in number for the telephone conference is 1-877-336-1839.  Parties shall follow the instructions on the automated system.  The Access Code is 2725365, and the Security Code is 308326.  Parties shall contact the undersigned's courtroom deputy via email at newman_chambers@ohsd.uscourts.gov 24-hours prior to the telephone conference if they will be participating in the telephone conference.

**IT IS SO ORDERED.**

September 12, 2012                              s/Michael J. Newman
                                                United States Magistrate Judge