# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-CV-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

---

**ORDER SCHEDULING AN INFORMAL DISCOVERY DISPUTE TELEPHONE CONFERENCE ON WEDNESDAY, DECEMBER 5, 2012 AT 3:30 PM**

---

Upon the request of Plaintiffs' counsel, Steven German, and pursuant to S.D. Ohio L.R. 37.1, the Court schedules an informal discovery dispute telephone conference on **Wednesday, December 5, 2012 at 3:30 p.m.** The parties are directed to call **1-877-336-1839, enter access code 2725365 and security code 308326**, and wait for the Court to join the conference.

December 4, 2012                                                                   s/ **Michael J. Newman**
                                                                                                  United States Magistrate Judge