# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-CV-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

---

### ORDER SCHEDULING AN INFORMAL DISCOVERY DISPUTE TELEPHONE CONFERENCE TODAY (MONDAY, DECEMBER 17, 2012) AT 4:00 P.M.

---

Upon the request of Plaintiffs' counsel, Jessica Meeder, and pursuant to S.D. Ohio L.R. 37.1, the Court schedules an informal discovery dispute telephone conference **today (Monday, December 17, 2012) at 4:00 p.m.** regarding a subpoena issued to a non-party, Leggette, Brashears & Graham, Inc.  Counsel for Plaintiffs and counsel for Legette, Brashears & Graham, Inc. shall participate in the telephone conference.  Counsel for other parties are not expected to participate, but are permitted to do so.  Counsel are directed to call **1-877-336-1839, enter access code 2725365 and security code 123456**, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

December 17, 2012                                             s/ **Michael J. Newman**
                                                              United States Magistrate Judge