IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-CV-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

___

**ORDER SCHEDULING AN INFORMAL DISCOVERY DISPUTE TELEPHONE CONFERENCE TODAY (THURSDAY, DECEMBER 20, 2012) AT 10:30 A.M.**
___

The parties are **ADVISED** that, due to a criminal matter, the informal discovery dispute telephone conference -- regarding a subpoena issued to a non-party, Leggette, Brashears & Graham, Inc. -- **is rescheduled for 10:30 a.m. this morning**.  Counsel shall call **1-877-336-1839, enter access code 2725365 and security code 123456**, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

December 20, 2012                                                     s/ **Michael J. Newman**
                                                                                    United States Magistrate Judge