# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-CV-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

___

### ORDER SCHEDULING AN INFORMAL DISCOVERY DISPUTE TELEPHONE CONFERENCE THURSDAY, DECEMBER 20, 2012 AT 5:30 P.M.
___

The parties are **ADVISED** that an informal discovery dispute telephone conference -- regarding a subpoena issued to a non-party, Leggette, Brashears & Graham, Inc. -- **is scheduled for 5:30 p.m. this afternoon**. Counsel shall call **1-877-336-1839, enter access code 2725365 and security code 456789**, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

December 20, 2012                                              s/ **Michael J. Newman**
                                                                                 United States Magistrate Judge