IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-CV-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

_____

**ORDER SCHEDULING AN INFORMAL DISCOVERY DISPUTE TELEPHONE CONFERENCE ON THURSDAY, FEBRUARY 7, 2013 AT 2:00 P.M.**
_____

Pursuant to S.D. Ohio Civ. R. 37.1, the undersigned hereby schedules an informal discovery dispute telephone conference on **Thursday, February 7, 2013 at 2:00 p.m.**  Counsel shall call **1-877-336-1839, enter access code 2725365 and security code 456789**, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

February 5, 2013                                                              s/ **Michael J. Newman**
                                                                                            United States Magistrate Judge