IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-CV-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

---

**ORDER**

---

In response to a request for a telephone discovery conference, the Court, on February 7, 2013, heard oral argument concerning a Rule 30(b)(6) deposition of Defendant Behr Dayton Thermal Products, LLC's representative, Mr. Nodel.  *See* doc. 173.   The Court ordered briefing on the issue.  *See id.*

The Court is now in receipt of a February 14, 2013 letter from Plaintiffs' counsel, in which Plaintiffs advise the Court that this dispute was informally resolved between the parties.  *See* doc. 174.  Accordingly, the Court will deem the matter **RESOLVED**, and the briefing schedule is **RESCINDED**.

**IT IS SO ORDERED.**

February 15, 2013                                                               s/ **Michael J. Newman**
                                                                                            United States Magistrate Judge