IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-cv-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

ORDER SETTING CONFERENCE CALL

On **Friday, April 5, 2013 at 4:30 p.m.**, the Court will hold a conference call to discuss the parties' dispute regarding privilege logs.

The call-in number for the telephone conference is 1-877-336-1839.  Parties shall follow the instructions on the automated system. The Access Code is 2725365, and the Security Code is 4052013.

**IT IS SO ORDERED.**

March 28, 2013                                             s/Michael J. Newman
                                                           United States Magistrate Judge