# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-cv-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

## ORDER SETTING CONFERENCE CALL

On **Monday, April 15, 2013 at 3:00 p.m.**, the Court will hold a conference call to discuss the parties' joint proposed order (doc. 188).

The call-in number for the telephone conference is 1-877-336-1839. Parties shall follow the instructions on the automated system. The Access Code is 2725365, and the Security Code is 4152013.

**IT IS SO ORDERED.**

April 12, 2013                                         s/Michael J. Newman
                                                       United States Magistrate Judge