# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC | : : : : | Case No. 3:08-cv-326<br><br>District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |

## ORDER SETTING CONFERENCE CALL

On **Monday, June 17, 2013 at 2:30 p.m.**, the Court will hold a conference call to discuss the remaining discovery deadlines, including the deadline for Plaintiffs' expert witness designation and reports (*see* doc. 190).

The call-in number for the telephone conference is 1-877-336-1839.  Parties shall follow the instructions on the automated system. The Access Code is 2725365, and the Security Code is 6172013.

**IT IS SO ORDERED.**

June 12, 2013                                                                      **s/Michael J. Newman**
                                                                                                United States Magistrate Judge