# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC LITIGATION | Case No. 03:08-cv-0326-WHR-MJN<br><br>Judge Walter H. Rice |

## DEFENDANT ARAMARK UNIFORM & CAREER APPAREL, LLC'S
## NOTICE OF PAYMENT OF APPELLATE FILING FEE

Defendant ARAMARK Uniform & Career Apparel, LLC ("Aramark") hereby gives notice of its intention to pay the filing fee of $505 associated with the interlocutory appeal taken to the Sixth Circuit and docketed as Sixth Circuit Case No. 17-3663.  This document is being generated and filed at the suggestion of the U.S. District Court Clerk's Office in order to access the District Court electronic payment portal within the ECF system.

Respectfully submitted,

Dated:  July 6, 2017

/s/John M. Alten
John M. Alten
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH   44113-1448
216.583.7000
216.583.7001 (Facsimile)
jalten@ulmer.com

Michael David Lichtenstein, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
mlichtenstein@lowenstein.com

Attorneys for Defendant ARAMARK
Uniform & Career Apparel, LLC,
improperly named as Aramark Uniform &
Career Apparal, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the ECF system. Electronic service is thereby made pursuant to the ECF system terms.

/s/John M. Alten
Attorneys for Defendant
ARAMARK Uniform & Career Apparel, LLC