# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 12, 2018

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 18, 2018
DEBORAH S. HUNT, Clerk

Re: Behr Dayton Thermal Products LLC, et al.
v. Terry Martin, et al.
No. 18-472
(Your No. 17-3663)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 12, 2018 and placed on the docket October 12, 2018 as No. 18-472.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst