IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERRY MARTIN, et al.           :

        Plaintiffs,           :           Case No. 3:08cv326

- vs -

                                      :           Judge Walter H. Rice

BEHR DAYTON THERMAL
PRODUCTS, LLC, et al.          :

        Defendants.           :

---

**ORDER**

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

 

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petition for a writ of certiorari was filed on 10/12/2018.