UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | |
|---|---|
| IN RE BEHR DAYTON THERMAL PRODUCTS, LLC | ) ) ) Case No. 3:08-cv-0326 (WHR/MJN) ) |

NOTICE OF WITHDRAWAL OF PLAINTIFFS' ATTORNEY
THOMAS G. WILSON

Pursuant to Local Rule 83.4(d), Thomas G. Wilson, admitted pro hac vice, hereby withdraws as attorney of record in this case. Mr. Wilson should be terminated as co-counsel for plaintiffs in this litigation. This withdrawal is made with the knowledge and consent of all named plaintiffs.

Dated: November 20, 2018

Respectfully Submitted,

/s/ Thomas G. Wilson
Thomas G. Wilson, Esq., (pro hac vice)
WILSON LAW OFFICES, PLLC.
120 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-5508
tom@wilsonlawpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2018 the undersigned attorney electronically filed the foregoing using the CM/ECF system, which will send notification of the filing to all counsel of record:

/s/ Thomas G. Wilson
Thomas G. Wilson, Esq.

**WILSON LAW OFFICES, PLLC.**
120 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-5508
tom@wilsonlawpllc.com