IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY MARTIN, *et al.*,

    Plaintiffs,

v.

BEHR DAYTON THERMAL
PRODUCTS, LLC, *et al.*,

    Defendants.

:
:
:
:
:

Case No. 3:08-cv-326

JUDGE WALTER H. RICE

---

ORDER SUSTAINING JOINT MOTION TO VACATE AUGUST 5, 2019, DEADLINE FOR FILING JOINT AMENDED RULE 26(f) REPORT AND AUGUST 12, 2019, CONFERENCE CALL (DOC. #292)

---

Given that the parties are mediating this case on August 28 and 29, 2019, the Court SUSTAINS their Joint Motion to Vacate the August 5, 2019, deadline for filing a Joint Amended Rule 26(f) Report, and to Vacate the August 12, 2019, conference call. Doc. #292.

The parties are to notify the Court as soon as possible after the results of the mediation become apparent.

Date: July 22, 2019

                                                              WALTER H. RICE
                                                              UNITED STATES DISTRICT JUDGE