UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: BEHR DAYTON THERMAL PRODUCTS, LLC LITIGATION | Case No. 3:08-cv-236<br><br>District Judge Walter H. Rice |

## RECUSAL ORDER

The undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

Date:  March 3, 2020                    s/ Michael J. Newman
                                        Michael J. Newman
                                        United States Magistrate Judge