IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

*In Re Behr Dayton Thermal Products LLC*

Case No. 3:08-cv-326

Hon. Walter H. Rice

## ORDER

**AND NOW,** on this \_\_\_2nd\_\_\_ day of \_June\_, 2020, and upon consideration of the parties' Joint Motion For Extension of Time to Submit Proposed Class Notice and Special Interrogatories, and the Memorandum in support thereof, it is **HEREBY ORDERED** that:

1. The Joint Motion is Granted; and

2. To and including July 16, 2020, the Parties shall file their joint proposed special interrogatories and joint proposed class notice.

06/02/2020
**DATE**

*/s/ Walter H. Rice*
**UNITED STATES DISTRICT JUDGE**