IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE BEHR DAYTON THERMAL PRODUCTS, LLC | : | CASE NO. 3:08-cv-00326-WHR-SLO |
| | : | (Judge Walter H. Rice) |
| | | (Magistrate Judge Sharon L. Ovington) |
| | : | |
| | | **ORDER GRANTING JOINT** |
| | : | **MOTION FOR SCHEDULING** |
| | | **CLARIFICATION** |
| | : | |
| | : | |

The parties' Joint Motion for Scheduling Clarification is GRANTED.


The issues trial in this action will begin on July 25, 2022.


IT IS SO ORDERED.


7-8-21
Date

Honorable Walter H. Rice
United States District Judge