# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRY MARTIN, et al., | : | Case No. 3:08-cv-326 |
| Plaintiffs, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| BEHR DAYTON THERMAL PRODUCTS, LLC, et al., | : | |
| Defendants. | : | |

## TRANSFER ORDER

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.

February 24, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge