IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE BEHR DAYTON THERMAL
PRODUCTS, LLC, *et al.*,

Case No. 3:08cv326

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING CERTAIN MOTIONS, WITHOUT PREJUDICE TO RENEWAL, UPON THE OCCURRENCE OF A CERTAIN EVENT

---

Counsel have advised this Court that they are actively pursuing settlement in the captioned cause, having reached certain agreements on monetary issues, leaving only non-monetary issues to be resolved. Accordingly, there is no need, at this time and under the present posture, to rule on certain motions in limine in advance of any trial.

ACCORDINGLY, the following motions are OVERRULED, without prejudice to renewal, by motion, should settlement efforts ultimately come to naught. Said motions are as follows: Doc. #399, #400, #401, #402, #403, #404, #405, #406 and #407.

March 14, 2023

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record