

**Michael D. Lichtenstein**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973-597-2408
**F**: 973-597-2409
**E**: mlichtenstein@lowenstein.com

August 9, 2023

**VIA ECF**

Hon. Walter H. Rice, U.S.D.J
Walter H. Rice Federal Building and U.S. Courthouse
Room 909
200 West Second Street
Dayton, OH 45402

**Re:** In re Behr Dayton Thermal Products LLC Litigation, Case No. 3:08-cv-00326

Dear Judge Rice:

We write on behalf of the Defendants in the above-referenced matter to request a two-week extension of what the parties believe to be the August 11 deadline to file a motion for pre-approval of the parties' proposed class action settlement ("Settlement"). During the June 13, 2023 conference in this matter, the Court indicated that it would order the parties to file a motion for approval of their Settlement by August 11. Such an order was not entered on the docket; instead, the Court set another conference for August 15. Nonetheless, over the past two months, the parties have worked hard to prepare all necessary documents needed to seek pre-approval of the Settlement to meet the August 11 deadline. Defendants believe that the settlement motion papers are in near final form but need more time to obtain final client approval of the papers. Given the approaching August 11 deadline, Defendants respectfully request an additional two weeks (until August 25, 2023) to submit the motion for pre-approval of the Settlement.

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

*/s/Michael D. Lichtenstein*

Michael D. Lichtenstein

   cc:      All counsel of record (via the Court's electronic filing system)