IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE BEHR DAYTON THERMAL PRODUCTS, LLC | : | CASE NO. 3:08cv326 |
| | : | JUDGE WALTER H. RICE |
| | : | |

---

### ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

*Walter H. Rice*
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Case settled. Final paperwork presented to this Court for approval with only relevant dates to be chosen.